June 29, 2012

Mr. David P. Hansen
Schwartz Eichelbaum Wardell Mehl and Hansen, PC
4201 W. Parmer Lane, Suite A-100
Austin, TX 78727

Ms. Katherine Butler
1007 Heights Blvd.
Houston, TX 77008
Ms. Savannah Robinson
Law Office of Savannah Robinson
1822 Main Street
Danbury, TX 77534

RE: Case Number: 10-0802
 Court of Appeals Number: 13-09-00458-CV
 Trial Court Number: CL-04-1545-F

Style: MISSION CONSOLIDATED INDEPENDENT SCHOOL DISTRICT
 v.
 GLORIA GARCIA

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@txcourts.gov or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Mr. Arturo Guajardo|
| |Jr. |
| |Ms. Dorian E. |
| |Ramirez |